OPINION #       O-7470                    WAS NEVER ISSUED OR

WAS WITHDRAWN.